UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Kelly Abraham & Collin Abraham

**Order Filed on March 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: ____18-30417____

Chapter: _____13_____

Judge: _____RG_____

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __October 30, 2018__ :

Property:                    _____23 Connel Drive West Orange NJ 07052_____

Creditor:                    _____Bank of America_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Russell L. Low_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____6/1/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*