UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 097482B

In Re:

Collin A Abraham
Kelly A Abraham

Order Filed on May 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-30417-RG

Hearing Date: May 1, 2019

Judge: Rosemary Gambardella

# CONSENT ORDER
## RESOLVING OBJECTION TO CONFIRMATION

    The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: May 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor: Collin and Kelly Abraham
Case No: 18-30417-RG
Caption of Order: Consent Order Resolving Objection to Confirmation

This matter having come before the Court on the Objection of Specialized Loan Servicing LLC, Mortgagee, by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esquire, appearing and the Debtors, by and through counsel, Low & Low, Russell L. Low, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The Debtors have been accepted into the Mortgagee's loss mitigation program. The Debtors are currently enrolled in a trial period payment plan. The Debtors are required to pay the Mortgagee the sum of $3,798.41 in monthly installments for the months of April 1, 2019, May 1, 2019, and June 1, 2019.

2. Debtors shall have six months from the date of the confirmed Chapter 13 Plan to obtain a loan modification.

3. In the event that any such mortgage modification or other consensual resolution is not available, the Debtors shall acknowledge the pre-Petition arrearages as stated in the Proof of Claim. The Debtors shall have 30 days from the date of any final notification that a modification, etc. is not available to file an amended Chapter 13 Plan to cure the pre-Petition arrearages and maintain post-Petition payments, or to convert the Chapter 13 Petition to one under a Chapter 7 Petition, or to surrender the property, and/or proceed with this bankruptcy case as deemed appropriate.

**Page 3**
Debtor: Collin and Kelly Abraham
Case No: 18-30417-RG
Caption of Order: Consent Order Resolving Objection to Confirmation


We hereby consent to the form and entry of the within Order.


PLUESE, BECKER & SALTZMAN, LLC            LOW & LOW

By: /s/ Rob Saltzman                     By:    /s/ Russell L. Low
    Rob Saltzman, Esquire                        Russell L. Low, Esquire
    Attorneys for the Mortgagee                  Attorney for the Debtors