UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 097482B

In Re:

Collin A Abraham
Kelly A Abraham

Order Filed on May 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-30417-RG

Hearing Date: May 1, 2019

Judge: Rosemary Gambardella

# CONSENT ORDER
## RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: May 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor: Collin and Kelly Abraham
Case No: 18-30417-RG
Caption of Order: Consent Order Resolving Objection to Confirmation

This matter having come before the Court on the Objection of Specialized Loan Servicing LLC, Mortgagee, by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esquire, appearing and the Debtors, by and through counsel, Low & Low, Russell L. Low, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The Debtors have been accepted into the Mortgagee's loss mitigation program. The Debtors are currently enrolled in a trial period payment plan. The Debtors are required to pay the Mortgagee the sum of $3,798.41 in monthly installments for the months of April 1, 2019, May 1, 2019, and June 1, 2019.

2. Debtors shall have six months from the date of the confirmed Chapter 13 Plan to obtain a loan modification.

3. In the event that any such mortgage modification or other consensual resolution is not available, the Debtors shall acknowledge the pre-Petition arrearages as stated in the Proof of Claim. The Debtors shall have 30 days from the date of any final notification that a modification, etc. is not available to file an amended Chapter 13 Plan to cure the pre-Petition arrearages and maintain post-Petition payments, or to convert the Chapter 13 Petition to one under a Chapter 7 Petition, or to surrender the property, and/or proceed with this bankruptcy case as deemed appropriate.

**Page 3**
Debtor: Collin and Kelly Abraham
Case No: 18-30417-RG
Caption of Order: Consent Order Resolving Objection to Confirmation

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER & SALTZMAN, LLC           LOW & LOW

By: /s/ Rob Saltzman                    By:    /s/ Russell L. Low
    Rob Saltzman, Esquire                      Russell L. Low, Esquire
    Attorneys for the Mortgagee                Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey

In re:
Collin A Abraham
Kelly A Abraham
    Debtors

Case No. 18-30417-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: May 07, 2019
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2019.
db/jdb        +Collin A Abraham,   Kelly A Abraham,   23 Connel Drive,   West Orange, NJ 07052-1335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:
          Aleksander P. Powietrzynski   on behalf of Creditor   JPMORGAN CHASE BANK, N.A.
           alex@winstonandwinston.com
          James Lewis   on behalf of Creditor   Business Resource & Investment Service Center
           jlewis@theplglaw.com, hchaudry@theplglaw.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   Specialized Loan Servicing, LLC
           rsolarz@kmllawgroup.com
          Robert P. Saltzman   on behalf of Creditor   Specialized Loan Servicing LLC dnj@pbslaw.org
          Russell L. Low   on behalf of Debtor Collin A Abraham rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Russell L. Low   on behalf of Joint Debtor Kelly A Abraham rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 8