**RUSSELL LOW, ESQ. RLL-4745**

LOW & LOW, LLC.

Attorneys at Law

505 Main Street

Hackensack, NJ 07601

(201) 343-4040

Attorneys for Debtor

Order Filed on October 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Collin Abraham & Kelly Abraham** | : | CASE NO. 18-30417 |
| Debtor | : | The Honorable Rosemary Gambardella |

---

### ORDER FOR AUTHORITY TO ENTER INTO A MORTGAGE LOAN MODIFICATION

---

The relief set forth on the following pages numbered (2) through page (2) is hereby

**ORDERED**.

**DATED: October 3, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtors:    **Collin Abraham & Kelly Abraham**
Case No.    18-30417-RG
Caption:    **ORDER FOR AUTHORITY TO ENTER INTO A MORTGAGE LOAN MODIFICATION**

---

**THIS MATTER** being brought before the Court by Russell L. Low, Esq., attorney for Debtor, **Collin Abraham & Kelly Abraham,** upon the Notice of Motion for Authority to Enter into a Mortgage Loan Modification as to real property located at 23 Connel Drive West Orange, NJ 07052.

**IT IS ORDERED** that all arrears are to be rolled into the mortgage modification and therefore the Trustee should make no further disbursements on the arrears claim as filed.

**IT IS ORDERED** that the creditor shall modify its claim in accordance with the terms of the modification within 90 days of the entry of this Order.

**IT IS ORDERED** that the debtor shall file a Modified Plan and Amended Schedules I and J within 21 days of the entry of this Order.

**IT IS FURTHER ORDERED** and, it appearing that notice of said Motion was properly served upon all parties concerned and this Court, having considered the representation of the Russell L. Low, Esq., attorney for the Debtor, and attorney for secured creditor Specialized Loan Servicing LLC appearing and for good cause having been shown;

**ORDERED AND ADJUDGED AND DECREED** that the Debtor's Motion for Authority to Enter into a Mortgage Loan Modification on the mortgaged property as set forth in the Loan Modification Agreement attached as an Exhibit to the Motion is hereby granted.