Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30417−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Collin A Abraham
23 Connel Drive
West Orange, NJ 07052

Kelly A Abraham
23 Connel Drive
West Orange, NJ 07052

Social Security No.:
xxx−xx−3304

xxx−xx−6330

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 21, 2019.

On 10/24/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:         December 4, 2019
Time:          08:30 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 25, 2019
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-30417-RG
Collin A Abraham                                                          Chapter 13
Kelly A Abraham
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 3           Date Rcvd: Oct 25, 2019
                            Form ID: 185          Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
```
db/jdb         +Collin A Abraham,    Kelly A Abraham,    23 Connel Drive,    West Orange, NJ 07052-1335
aty            ++PENNINGTON LAW GROUP,    76 SOUTH ORANGE AVENUE,    SUITE 213,    SOUTH ORANGE NJ 07079-1923
                 (address filed with court: James A Lewis,     76 South Orange Ave.,    Suite 213,
                 South Orange, NJ  07079)
cr             +JPMORGAN CHASE BANK, N.A.,    c/o Winston & Winston, P.C.,
                 708Third Avenue, 5th Floor, Suite 142,    New York, NY 10017,    UNITED STATES 10017-4201
cr              Specialized Loan Servicing LLC,    c/o Bonial & Associates, P.C.,    14841,    Dallas, TX 75254
517811552      +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517871576       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517811551       Ameriprise,    Auto & Home Insurance,    3500 Packerland Drive,    De Pere, WI 54115-9070
517811556      +Apex Asset Management LLc,    P.O. Box 5407,    Lancaster, PA 17606-5407
517811558      +Associates In Otolaryngology,    741 Northfield Ave,    Suite 104,    West Orange, NJ 07052-1104
517811560      +BANKAMERICA,    4909 SAVARESE CIRCLE,    TAMPA, FL 33634-2413
517811561      +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811571      +Business Resource and Investment Svc.,    55 West 125th Street, 11th Floor,
                 New York, NY 10027-4516
517811577      +CHASE AUTO,    PO BOX 901003,    FT WORTH, TX 76101-2003
517811579      ++CLIENT SERVICES INC,    3451 HARRY S TRUMAN BLVD,    ST CHARLES MO 63301-9816
                 (address filed with court: Client Services,     3451 Harry  S Truman Blvd,
                 Saint Charles, MO 63301)
517811576      +Central Credit Services LLC,    PO BOX 1850,    Saint Charles, MO 63302-1850
517811578      +Chase Receivables,    P.O Box 659,    Caldwell, NJ 07007-0659
517811584      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit,     Dept. 194101,    PO Box 55000,
                 Detroit, MI 48255)
517830371      +Ford Motor Credit Company, LLC,    Morgan Bornstein and Morgan,    1236 Brace Road, Suite K,
                 Cherry Hill, NJ 08034-3229
517811585      +Frenkel, Lambert, Weiss Weisman & Gordan,    80 Main Street, Suite 460,
                 West Orange, NJ 07052-5414
517811586      +Geico Indemnity Co. a/s/o Adam Milligan,    One Geico Plaza,    Bethesda, MD 20810-0002
517811588      +Hennessy & Walker PC,    217 Washington Street,    Toms River, NJ 08753-7567
517811589      +IC System,    PO Box  64437,    Saint Paul, MN 55164-0437
517811592      +LADCO LEASING,    555 ST CHARLES PLACE,    THOUSAND OAKS, CA 91360-3982
517811593      +Medac-Summit Anesthesia Assoc.,    33 Overlook Road #311,    Summit, NJ 07901-3563
517811597      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: NISSAN-INFINITI LT,     2901 KINWEST PKWY,    IRVING, TX 75063)
517811595      +Nestle Waters North America Inc.,    #216,    6661 Dixie Hwy,,    Suite #4,
                 Louisville, KY 40258-3950
517811596      +Neurology Specialists Of Morris City,    101 Madison Ave,    Morristown, NJ 07960-7357
517811601      +Overlook Hospital,    ATTN: Cert Creit and Coll Bureau,    PO Box 336,    Raritan, NJ 08869-0336
517938290      +Overlook Hospital,    Attn: CCCB,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517811605      +Saint Barnabas Medical Center,    Billing Department,    PO Box 655,    Vandalia, OH 45377-0655
517811617      +Saint Barnabas Out Patient Center,    PO Box 28269,    New York, NY 10087-8269
517849414      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517811636      +Sterling Emergency Srvs Miami Beach,    P.O. Box 863481,    Orlando, FL 32886-3481
517811637      +Summit Anesthesia Associates,    99 Beauvoir Avenue,    Summit, NJ 07901-3533
517811638      +Summit Medical Group,    6 Brighton Road,    Clifton, NJ 07012-1647
517827003      +Summit Medical Group,    Attn: Simon's Agency Inc.,    PO Box 5026,    Syracuse, NY 13220-5026
517811639      +Summit Medical Group, PA,    PO Box 8549,    Belfast, ME 04915-8549
517811642      +TEK-COLLECT INC,    871 PARK ST,    COLUMBUS, OH 43215-1441
517811557      +associated credit services inc,    PO Box 5171,    Westborough, MA 01581-5171
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jlewis@theplglaw.com Oct 25 2019 23:53:14     James A Lewis,
                 76 South Orange Ave.,    Suite 213,    South Orange, NJ  07079
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2019 23:54:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2019 23:54:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517811550       E-mail/Text: amscbankruptcy@adt.com Oct 25 2019 23:54:30     ADT Security Systems, Inc.,
                 3190 South Vaughn Way, Suite 150,    Aurora, CO 80014-3537
517811573       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2019 00:02:22
                 CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238
517811572      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 26 2019 00:01:58      CAPITAL ONE AUTO FINAN,
                 3901 DALLAS PKWY,    PLANO, TX 75093-7864
517811579       E-mail/Text: mediamanagers@clientservices.com Oct 25 2019 23:53:46     Client Services,
                 3451 Harry  S Truman Blvd,    Saint Charles, MO 63301
517811580      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 25 2019 23:54:02      COMENITY BANK/VCTRSSEC,
                 220 W SCHROCK RD,    WESTERVILLE, OH 43081-2873
```

```
District/off: 0312-2           User: admin                  Page 2 of 3                   Date Rcvd: Oct 25, 2019
                               Form ID: 185                 Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517876523         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2019 00:02:22
                   Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC   28272-1083
517811581        +E-mail/Text: bknotice@ercbpo.com Oct 25 2019 23:54:10     ENHANCED RECOVERY CO L,
                   8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
517811583        +E-mail/Text: bknotice@ercbpo.com Oct 25 2019 23:54:10     ERC,   P.O Box 23870,
                   Jacksonville, FL 32241-3870
517859407        +E-mail/Text: bk.notifications@jpmchase.com Oct 25 2019 23:54:02      JPMorgan Chase Bank, N.A.,
                   PO Box 29505 AZ1-1191,     Phoenix, AZ 85038-9505
517931588         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2019 00:02:29       LVNV Funding, LLC,
                   Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
517811594        +E-mail/Text: kmorgan@morganlaw.com Oct 25 2019 23:54:28      Morgan Bornstein & Morgan,
                   1236 Brace Rd,    Suite K,    Cherry Hill, NJ 08034-3229
517811598        +E-mail/Text: bankruptcy@onlineis.com Oct 25 2019 23:54:22      ONLINE COLLECTIONS,   PO BOX 1489,
                   WINTERVILLE, NC 28590-1489
517811602         E-mail/Text: info@phoenixfinancialsvcs.com Oct 25 2019 23:53:17      PHOENIX FINANCIAL SERV,
                   8902 OTIS AVE STE 103A,     INDIANAPOLIS, IN 46216
517811603         E-mail/Text: info@phoenixfinancialsvcs.com Oct 25 2019 23:53:17
                   Phoenix Financial Services LLc,     8902 Otis Ave,,    Suite 103,    Indianapolis, IN 46219
517881244         E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2019 23:54:03
                   Quantum3 Group LLC as agent for,     Cascade Capital LLC Series A,    PO Box 788,
                   Kirkland, WA   98083-0788
517811604        +E-mail/Text: bankruptcy@savit.com Oct 25 2019 23:54:33     SA-VIT COLLECTION AGEN,
                   46 W FERRIS ST,    EAST BRUNSWICK, NJ 08816-2159
517811618        +E-mail/Text: bankruptcy@senexco.com Oct 25 2019 23:53:14     SENEX SERVICES CORP,
                   3333 FOUNDERS ROAD,    INDIANAPOLIS, IN 46268-4932
517811620        +E-mail/Text: clientservices@simonsagency.com Oct 25 2019 23:54:28      SIMONS AGENCY INC,
                   4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811635         E-mail/Text: bmg.bankruptcy@centurylink.com Oct 25 2019 23:54:10      Sprint,   PO Box 88026,
                   Chicago, IL 60680
517811606        +E-mail/Text: ebn@rwjbh.org Oct 25 2019 23:54:19     Saint Barnabas Medical Center,
                   P.O Box 29960,    New York, NY 10087-9960
517811619        +E-mail/Text: clientservices@simonsagency.com Oct 25 2019 23:54:28      Simon's Agency, Inc.,
                   4963 Wintersweet Drive,     Liverpool, NY 13088-2176
517811643        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 25 2019 23:53:13
                   VERIZON,   500 TECHNOLOGY DR STE 30,     WELDON SPRING, MO 63304-2225
517811645        +E-mail/Text: collect@williamsalexander.com Oct 25 2019 23:53:58      WILLIAMS/ALEXANDER & A,
                   1479 ROUTE 23 SOUTH,    WAYNE, NJ 07470-7507
517811644        +E-mail/Text: collect@williamsalexander.com Oct 25 2019 23:53:58
                   Williams, Alexander & Associates,     PO Box 2148,    Wayne, NJ 07474-2148
                                                                                                TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517811553*       +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517811554*       +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517811555*       +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517811559*       +Associates In Otolaryngology,    741 Northfield Ave,    Suite 104,    West Orange, NJ 07052-1104
517811562*       +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811563*       +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811564*       +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811565*       +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811566*       +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811567*       +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811568*       +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811569*       +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811570*       +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517937772*       +Business Resource and Investment Svc.,    55 West 125th Street,    11th Floor,
                   New York, NY 10027-4516
517811574*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: CAPITAL ONE BANK USA N,     15000 CAPITAL ONE DR,
                   RICHMOND, VA 23238)
517811575*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: CAPITAL ONE BANK USA N,     15000 CAPITAL ONE DR,
                   RICHMOND, VA 23238)
517811590*       +IC System,   PO Box  64437,    Saint Paul, MN 55164-0437
517811591*       +IC System,   PO Box  64437,    Saint Paul, MN 55164-0437
517811599*       +ONLINE COLLECTIONS,    PO BOX 1489,    WINTERVILLE, NC 28590-1489
517811600*       +ONLINE COLLECTIONS,    PO BOX 1489,    WINTERVILLE, NC 28590-1489
517811621*       +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811622*       +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811623*       +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811624*       +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811625*       +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811626*       +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811627*       +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811628*       +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811629*       +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811630*       +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811631*       +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
```

```
District/off: 0312-2           User: admin              Page 3 of 3               Date Rcvd: Oct 25, 2019
                               Form ID: 185             Total Noticed: 64


             ***** BYPASSED RECIPIENTS (continued) *****
517811632*     +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811633*     +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811634*     +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811607*     +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811608*     +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811609*     +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811611*     +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811612*     +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811613*     +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811614*     +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811615*     +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811616*     +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811610*     +Saint Barnabas Medical Center,    Billing Department,    PO Box 655,    Vandalia, OH 45377-0655
517811640*     +Summit Medical Group, PA,    PO Box 8549,    Belfast, ME 04915-8549
517811582     ##+Equinox Financial,    PO Box 455,    Park Ridge, IL 60068-0455
517811587     ##+Goldberg Segalla LLP,    902 Carnegie Center Suite 100,    Princeton, NJ 08540-6530
517811641     ##+Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
                                                                                        TOTALS: 0, * 45, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
              Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              James Lewis    on behalf of Creditor    Business Resource & Investment Service Center
               jlewis@theplglaw.com, hchaudry@theplglaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing, LLC
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
              Russell L. Low    on behalf of Joint Debtor Kelly A Abraham rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Collin A Abraham rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```