**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor

**Order Filed on January 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | Case No. 18-30417 |
| Collin A Abraham and Kelly A Abraham | : | Judge Rosemary Gambardella |
| | : | Chapter 13 |
| | : | Hearing Date: September 18, 2019 at 8:30 a.m. |

_____

**CONSENT ORDER RESOLVING BUSINESS RESOURCE AND INVESTMENT SERVICE CENTER INC.'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

_____

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

**DATED: January 17, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Collin A Abraham and Kelly A Abraham
Page 2
Case No.  18-30417-RG

_____

Upon Business Resource and Investment Service Center Inc.'s Objection to Confirmation (Doc. No. 35), **IT IS HEREBY ORDERED that**:

1. The Automatic Stay is vacated as to any and all businesses owned and operated by the Debtors, including but not limited to, Pollen Nation and Nation of Pollen.

2. Business Resource and Investment Service Center, Inc. is hereby allowed to pursue any legal action, if they so choose against the debtor's dissolved businesses, including but not limited to Pollen Nation and Nation of Pollen.

3. The automatic stay as to the debtors, individually, shall remain in effect until such time as the instant action is closed.

4. This Order hereby resolves Business Resource and Investment Service Center, Inc.'s Objection to Confirmation (Doc. No. 35).

Date: December 3, 2019                          /s/ Russell L. Low, Esq.
                                                **RUSSELL L. LOW, ESQ.**
                                                Attorney for Debtor

Date: December 4, 2019                          */s/ James A. Lewis, Esq*
                                                **JAMES ALEXANDER LEWIS V, ESQ.**
                                                Attorney for Business Resource and
                                                Investment Service Center, Inc.