**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor

**Order Filed on January 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Case No. 18-30417 |
| Collin A Abraham and Kelly A Abraham | : Judge Rosemary Gambardella |
| | : Chapter 13 |
| | : Hearing Date: September 18, 2019 at 8:30 a.m. |

_____

**CONSENT ORDER RESOLVING BUSINESS RESOURCE AND INVESTMENT SERVICE CENTER INC.'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
_____

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

**DATED: January 17, 2020**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

Collin A Abraham and Kelly A Abraham
Page 2
Case No.   18-30417-RG

---

Upon Business Resource and Investment Service Center Inc.'s Objection to Confirmation (Doc. No. 35), **IT IS HEREBY ORDERED that**:

1. The Automatic Stay is vacated as to any and all businesses owned and operated by the Debtors, including but not limited to, Pollen Nation and Nation of Pollen.

2. Business Resource and Investment Service Center, Inc. is hereby allowed to pursue any legal action, if they so choose against the debtor's dissolved businesses, including but not limited to Pollen Nation and Nation of Pollen.

3. The automatic stay as to the debtors, individually, shall remain in effect until such time as the instant action is closed.

4. This Order hereby resolves Business Resource and Investment Service Center, Inc.'s Objection to Confirmation (Doc. No. 35).

Date: December 3, 2019                /s/ Russell L. Low, Esq.
                                      **RUSSELL L. LOW, ESQ.**
                                      Attorney for Debtor

Date: December 4, 2019                /s/ James A. Lewis, Esq
                                      **JAMES ALEXANDER LEWIS V, ESQ.**
                                      Attorney for Business Resource and
                                      Investment Service Center, Inc.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-30417-RG
Collin A Abraham                                                Chapter 13
Kelly A Abraham
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 1            Date Rcvd: Jan 17, 2020
                                Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.
db/jdb         +Collin A Abraham,   Kelly A Abraham,   23 Connel Drive,   West Orange, NJ 07052-1335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
          Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
           alex@winstonandwinston.com
          James Lewis    on behalf of Creditor   Business Resource & Investment Service Center
           jlewis@theplglaw.com, hchaudry@theplglaw.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing, LLC
           rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
          Russell L. Low    on behalf of Debtor Collin A Abraham rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Russell L. Low    on behalf of Joint Debtor Kelly A Abraham rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8