Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30417−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Collin A Abraham
23 Connel Drive
West Orange, NJ 07052

Kelly A Abraham
23 Connel Drive
West Orange, NJ 07052

Social Security No.:
xxx−xx−3304

xxx−xx−6330

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 5, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 5, 2020
JAN: slm

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 18-30417-RG
   Collin A Abraham                                          Chapter 13
   Kelly A Abraham
              Debtors              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 3                  Date Rcvd: Feb 05, 2020
                              Form ID: 148                 Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db/jdb         +Collin A Abraham,    Kelly A Abraham,    23 Connel Drive,    West Orange, NJ 07052-1335
cr             +JPMORGAN CHASE BANK, N.A.,    c/o Winston & Winston, P.C.,
                 708Third Avenue, 5th Floor, Suite 142,    New York, NY  10017,    UNITED STATES 10017-4201
cr              Specialized Loan Servicing LLC,    c/o Bonial & Associates, P.C.,    14841,    Dallas, TX  75254
517811551       Ameriprise,    Auto & Home Insurance,    3500 Packerland Drive,    De Pere, WI 54115-9070
517811556      +Apex Asset Management LLc,    P.O Box 5407,    Lancaster, PA 17606-5407
517811558      +Associates In Otolaryngology,    741 Northfield Ave,    Suite 104,    West Orange, NJ 07052-1104
517811560      +BANKAMERICA,    4909 SAVARESE CIRCLE,    TAMPA, FL 33634-2413
517811561      +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811571      +Business Resource and Investment Svc.,    55 West 125th Street, 11th Floor,
                 New York, NY 10027-4516
517811577      +CHASE AUTO,    PO BOX 901003,    FT WORTH, TX 76101-2003
517811578      +Chase Receivables,    P.O Box 659,    Caldwell, NJ 07007-0659
517830371      +Ford Motor Credit Company, LLC,    Morgan Bornstein and Morgan,    1236 Brace Road, Suite K,
                 Cherry Hill, NJ 08034-3229
517811585      +Frenkel, Lambert, Weiss Weisman & Gordan,    80 Main Street, Suite 460,
                 West Orange, NJ 07052-5414
517811586      +Geico Indemnity Co. a/s/o Adam Milligan,    One Geico Plaza,    Bethesda, MD 20810-0002
517811588      +Hennessy & Walker PC,    217 Washington Street,    Toms River, NJ 08753-7567
517811592      +LADCO LEASING,    555 ST CHARLES PLACE,    THOUSAND OAKS, CA 91360-3982
517811593      +Medac-Summit Anesthesia Assoc.,    33 Overlook Road #311,    Summit, NJ 07901-3563
517811597     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court:  NISSAN-INFINITI LT,    2901 KINWEST PKWY,    IRVING, TX 75063)
517811595      +Nestle Waters North America Inc.,    #216,    6661 Dixie Hwy,,    Suite #4,
                 Louisville, KY 40258-3950
517811596      +Neurology Specialists Of Morris City,    101 Madison Ave,    Morristown, NJ 07960-7357
517938290      +Overlook Hospital,    Attn: CCCB,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517811601      +Overlook Hospital,    ATTN: Cert Creit and Coll Bureau,    PO Box 336,    Raritan, NJ 08869-0336
517811603      +Phoenix Financial Services LLc,    8902 Otis Ave,,    Suite 103,    Indianapolis, IN 46216-1077
517811605      +Saint Barnabas Medical Center,    Billing Department,    PO Box 655,    Vandalia, OH 45377-0655
517811617      +Saint Barnabas Out Patient Center,    PO Box 28269,    New York, NY 10087-8269
517849414      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517811636      +Sterling Emergency Srvs Miami Beach,    P.O. Box 863481,    Orlando, FL 32886-3481
517811637      +Summit Anesthesia Associates,    99 Beauvoir Avenue,    Summit, NJ 07901-3533
517811638      +Summit Medical Group,    6 Brighton Road,    Clifton, NJ 07012-1647
517827003      +Summit Medical Group,    Attn: Simon's Agency Inc.,    PO Box 5026,    Syracuse, NY 13220-5026
517811639      +Summit Medical Group, PA,    PO Box 8549,    Belfast, ME 04915-8549
517811642      +TEK-COLLECT INC,    871 PARK ST,    COLUMBUS, OH 43215-1441
517811557      +associated credit services inc,    PO Box 5171,    Westborough, MA 01581-5171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jlewis@theplglaw.com Feb 06 2020 00:20:47     James A Lewis,
                 76 South Orange Ave.,    Suite 213,    South Orange, NJ  07079
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2020 00:21:57     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2020 00:21:54     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517811550       E-mail/Text: amscbankruptcy@adt.com Feb 06 2020 00:22:42     ADT Security Systems, Inc.,
                 3190 South Vaughn Way, Suite 150,    Aurora, CO 80014-3537
517811552      +EDI: AMEREXPR.COM Feb 06 2020 04:48:00      AMEX,    PO BOX 297871,
                 FORT LAUDERDALE, FL 33329-7871
517871576       EDI: BECKLEE.COM Feb 06 2020 04:48:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517811573       EDI: CAPITALONE.COM Feb 06 2020 04:48:00      CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238
517811572      +EDI: CAPONEAUTO.COM Feb 06 2020 04:48:00      CAPITAL ONE AUTO FINAN,    3901 DALLAS PKWY,
                 PLANO, TX 75093-7864
517811580      +EDI: WFNNB.COM Feb 06 2020 04:48:00      COMENITY BANK/VCTRSSEC,    220 W SCHROCK RD,
                 WESTERVILLE, OH 43081-2873
517876523       EDI: CAPITALONE.COM Feb 06 2020 04:48:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517811576      +EDI: PINNACLE.COM Feb 06 2020 04:48:00      Central Credit Services LLC,    PO BOX 1850,
                 Saint Charles, MO 63302-1850
517811579      +E-mail/Text: mediamanagers@clientservices.com Feb 06 2020 00:20:57     Client Services,
                 3451 Harry  S Truman Blvd,    Saint Charles, MO 63301-9816
517811581      +E-mail/Text: bknotice@ercbpo.com Feb 06 2020 00:22:03     ENHANCED RECOVERY CO L,
                 8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
517811583      +E-mail/Text: bknotice@ercbpo.com Feb 06 2020 00:22:03     ERC,    P.O Box 23870,
                 Jacksonville, FL 32241-3870
517811584       EDI: FORD.COM Feb 06 2020 04:48:00      Ford Motor Credit,    Dept. 194101,    PO Box 55000,
                 Detroit, MI 48255
```

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Feb 05, 2020
                              Form ID: 148             Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517811589      +EDI: IIC9.COM Feb 06 2020 04:48:00      IC System,    PO Box   64437,    Saint Paul, MN 55164-0437
517859407      +EDI: CAUT.COM Feb 06 2020 04:48:00      JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517931588       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 00:28:30       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517811594      +E-mail/Text: kmorgan@morganlaw.com Feb 06 2020 00:22:38       Morgan Bornstein & Morgan,
                 1236 Brace Rd,    Suite K,    Cherry Hill, NJ 08034-3229
517811598      +E-mail/Text: bankruptcy@onlineis.com Feb 06 2020 00:22:30       ONLINE COLLECTIONS,    PO BOX 1489,
                 WINTERVILLE, NC 28590-1489
517811602       E-mail/Text: info@phoenixfinancialsvcs.com Feb 06 2020 00:20:54       PHOENIX FINANCIAL SERV,
                 8902 OTIS AVE STE 103A,    INDIANAPOLIS, IN 46216
517881244       EDI: Q3G.COM Feb 06 2020 04:48:00      Quantum3 Group LLC as agent for,
                 Cascade Capital LLC Series A,    PO Box 788,    Kirkland, WA  98083-0788
517811604      +E-mail/Text: bankruptcy@savit.com Feb 06 2020 00:22:48      SA-VIT COLLECTION AGEN,
                 46 W FERRIS ST,    EAST BRUNSWICK, NJ 08816-2159
517811618      +E-mail/Text: bankruptcy@senexco.com Feb 06 2020 00:20:47       SENEX SERVICES CORP,
                 3333 FOUNDERS ROAD,    INDIANAPOLIS, IN 46268-4932
517811620      +E-mail/Text: clientservices@simonsagency.com Feb 06 2020 00:22:39       SIMONS AGENCY INC,
                 4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811635       E-mail/Text: bmg.bankruptcy@centurylink.com Feb 06 2020 00:22:05       Sprint,    PO Box 88026,
                 Chicago, IL 60680
517811606      +E-mail/Text: ebn@rwjbh.org Feb 06 2020 00:22:26      Saint Barnabas Medical Center,
                 P.O Box 29960,    New York, NY 10087-9960
517811619      +E-mail/Text: clientservices@simonsagency.com Feb 06 2020 00:22:39       Simon’s Agency, Inc.,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
517811643      +EDI: VERIZONCOMB.COM Feb 06 2020 04:48:00      VERIZON,    500 TECHNOLOGY DR STE 30,
                 WELDON SPRING, MO 63304-2225
517811645      +E-mail/Text: collect@williamsalexander.com Feb 06 2020 00:21:28       WILLIAMS/ALEXANDER & A,
                 1479 ROUTE 23 SOUTH,    WAYNE, NJ 07470-7507
517811644      +E-mail/Text: collect@williamsalexander.com Feb 06 2020 00:21:29
                 Williams, Alexander & Associates,    PO Box 2148,    Wayne, NJ 07474-2148
                                                                                              TOTAL: 31


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517811553*      +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517811554*      +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517811555*      +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517811559*      +Associates In Otolaryngology,    741 Northfield Ave,    Suite 104,   West Orange, NJ 07052-1104
517811562*      +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811563*      +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811564*      +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811565*      +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811566*      +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811567*      +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811568*      +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811569*      +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517811570*      +BCA FInancial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
517937772*      +Business Resource and Investment Svc.,    55 West 125th Street,    11th Floor,
                 New York, NY 10027-4516
517811574*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  CAPITAL ONE BANK USA N,     15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238)
517811575*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  CAPITAL ONE BANK USA N,     15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238)
517811590*      +IC System,   PO Box   64437,    Saint Paul, MN 55164-0437
517811591*      +IC System,   PO Box   64437,    Saint Paul, MN 55164-0437
517811599*      +ONLINE COLLECTIONS,    PO BOX 1489,    WINTERVILLE, NC 28590-1489
517811600*      +ONLINE COLLECTIONS,    PO BOX 1489,    WINTERVILLE, NC 28590-1489
517811621*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811622*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811623*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811624*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811625*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811626*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811627*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811628*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811629*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811630*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811631*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811632*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811633*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811634*      +SIMONS AGENCY INC,    4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517811607*      +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811608*      +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811609*      +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811611*      +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811612*      +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Feb 05, 2020
                              Form ID: 148             Total Noticed: 64


             ***** BYPASSED RECIPIENTS (continued) *****
517811613*       +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811614*       +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811615*       +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811616*       +Saint Barnabas Medical Center,    P.O Box 29960,    New York, NY 10087-9960
517811610*       +Saint Barnabas Medical Center,    Billing Department,    PO Box 655,    Vandalia, OH 45377-0655
518627721*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129-2386
517811640*       +Summit Medical Group, PA,    PO Box 8549,    Belfast, ME 04915-8549
517811582       ##+Equinox Financial,    PO Box 455,    Park Ridge, IL 60068-0455
517811587       ##+Goldberg Segalla LLP,    902 Carnegie Center Suite 100,    Princeton, NJ 08540-6530
517811641       ##+Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
                                                                                TOTALS: 0, * 46, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              James   Lewis    on behalf of Creditor    Business Resource & Investment Service Center
               jlewis@theplglaw.com, hchaudry@theplglaw.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing, LLC
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
              Russell L. Low    on behalf of Joint Debtor Kelly A Abraham ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Collin A Abraham ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```