Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30417−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Collin A Abraham
23 Connel Drive
West Orange, NJ 07052

Kelly A Abraham
23 Connel Drive
West Orange, NJ 07052

Social Security No.:
xxx−xx−3304

xxx−xx−6330

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on April 21, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 75 − 70
Order Granting Motion To Vacate Dismissal of Case (Related Doc # 70). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/17/2020. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 21, 2020
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Collin A Abraham
Kelly A Abraham
    Debtors

Case No. 18-30417-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 21, 2020
Form ID: orderntc    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2020.
db/jdb    +Collin A Abraham,   Kelly A Abraham,   23 Connel Drive,   West Orange, NJ 07052-1335
cr        +JPMORGAN CHASE BANK, N.A.,   c/o Winston & Winston, P.C.,
            708Third Avenue, 5th Floor, Suite 142,   New York, NY  10017,   UNITED STATES 10017-4201
cr         Specialized Loan Servicing LLC,   c/o Bonial & Associates, P.C.,   14841,   Dallas, TX  75254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jlewis@theplglaw.com Apr 21 2020 22:48:13     James A Lewis,
               76 South Orange Ave.,   Suite 213,   South Orange, NJ   07079
                                                                                             TOTAL: 1

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2020 at the address(es) listed below:
    Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
     alex@winstonandwinston.com
    James Lewis    on behalf of Creditor    Business Resource & Investment Service Center
     jlewis@theplglaw.com,   hchaudry@theplglaw.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing, LLC
     rsolarz@kmllawgroup.com
    Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
    Russell L. Low    on behalf of Joint Debtor Kelly A Abraham ecf@lowbankruptcy.com,
     ecf@lowbankruptcy.com;r57808@notify.bestcase.com
    Russell L. Low    on behalf of Debtor Collin A Abraham ecf@lowbankruptcy.com,
     ecf@lowbankruptcy.com;r57808@notify.bestcase.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8