| | |
|---|---|
| **UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY** | Order Filed on November 10, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-2 (c) | |
| **Russell L. Low, Esq. – RLL 4745** Low & Low, LLC 505 Main Street, Suite 304 Hackensack, NJ 07501 201-343-4040 Attorneys for Debtor | Case No. 18-30417 |
| In Re: COLLIN A. ABRAHAM KELLY A. ABRAHAM Debtor(s) | Chapter 13  Judge:  The Honorable Rosemary Gambardella  **Hearing Date:  November 4, 2020, 10:00am** |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 10, 2020

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $1,200.00 for services rendered and expenses in the amount of $0.00 for a total of $1,200.00. The allowance is payable:

  X    through the Chapter 13 plan as an administrative priority.

  ___    outside the plan.

United States Bankruptcy Court

District of New Jersey

In re:  
Collin A Abraham  
Kelly A Abraham  
    Debtor(s)

Case No. 18-30417-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

**Recip ID**     **Recipient Name and Address**  
db/jdb     + Collin A Abraham, Kelly A Abraham, 23 Connel Drive, West Orange, NJ 07052-1335

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

**Name**      **Email Address**

Aleksander Piotr Powietrzynski  
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. alex@winstonandwinston.com

Denise E. Carlon  
    on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

James Lewis  
    on behalf of Creditor Business Resource & Investment Service Center jlewis@chasanlaw.com  hchaudry@theplglaw.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Rebecca Ann Solarz  
    on behalf of Creditor Specialized Loan Servicing  LLC rsolarz@kmllawgroup.com

Robert P. Saltzman

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Nov 10, 2020     Form ID: pdf903     Total Noticed: 1

    on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Russell L. Low
    on behalf of Debtor Collin A Abraham ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Russell L. Low
    on behalf of Joint Debtor Kelly A Abraham ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9