**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 Valuation of Security | 0 Assumption of Executory Contract or Unexpired Lease | 0 Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:
Collin A. Abraham
Kelly A. Abraham

Case No.: 18-30417

Judge: RG

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: April 28, 2021

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☒ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____RLL____    Initial Debtor: ____CAA____    Initial Co-Debtor: ____KAA____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____315.16_____ per _____month_____ to the Chapter 13 Trustee, starting on _____May 1, 2021_____ for approximately _____1_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

　　☒　Future earnings

　　☐　Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

　☐ Sale of real property
　Description:
　Proposed date for completion: _____

　☐ Refinance of real property:
　Description:
　Proposed date for completion: _____

　☐ Loan modification with respect to mortgage encumbering property:
　Description:
　Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,000.00 |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Specialized Loan Servicing LLC | 23 Connel Drive West Orange, NJ 07052 Essex County | 31,779.96 | 0.00 | 31,779.96 | $4,059.72 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Business Resource and Investment Svc. | 23 Connel Drive West Orange, NJ 07052 Essex County | 155,492.75 | 480,000.00 | First Mortgage Specialized Loan Servicing - 496,244.00 | No Value | N/A | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Chase Auto | 2006 Mercedes CLS 500 130,000 miles | 3,260.33 |

### Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Business Resource and Investment Svc. | 23 Connel Drive West Orange, NJ 07052 Essex County | 155,492.75 | 480,000.00 | First Mortgage Specialized Loan Servicing - 496,244.00 | -16,244.00 | 155,492.75 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Other Administrative Claims

3) Secured Claims

4) Priority Claims/General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: November 20, 2020_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Plan is being modified to propose to pay the post-petition arrears to Chase for the 2006 Mercedes-Benz through the remaining months of the chapter 13 plan. The pre-petition arrears have been paid in full through the plan. | The Plan is being modified by proposing to pay off the 2006 Mercedes-Benz through the plan and therefore propose that the trustee payment increase to $728.72 starting June 1, 2021 for the remaining 53 months of the plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:  Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☐ NONE

☒ Explain here:

*This plan is a step plan or has lumpsum payments as follows: $300.00 per month for 28 months, then $325.16 per month for 3 months, then $728.72 per month for 53 months

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: April 28, 2021 _____  /s/ Collin A. Abraham _____
Debtor

Date: April 28, 2021 _____  /s/ Kelly A. Abraham _____
Joint Debtor

Date: April 28, 2021 _____  /s/ Russell L. Low _____
Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-30417-RG |
| Collin A Abraham | Chapter 13 |
| Kelly A Abraham | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 28, 2021 | Form ID: pdf901 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Collin A Abraham, Kelly A Abraham, 23 Connel Drive, West Orange, NJ 07052-1335 |
| cr | + | JPMORGAN CHASE BANK, N.A., c/o Winston & Winston, P.C., 708Third Avenue, 5th Floor, Suite 142, New York, NY 10017, UNITED STATES 10017-4201 |
| cr | | Specialized Loan Servicing LLC, c/o Bonial & Associates, P.C., 14841, Dallas, TX 75254 |
| 517811552 | + | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 517871576 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517811551 | | Ameriprise, Auto & Home Insurance, 3500 Packerland Drive, De Pere, WI 54115-9070 |
| 517811556 | + | Apex Asset Management LLc, P.O Box 5407, Lancaster, PA 17606-5407 |
| 517811558 | + | Associates In Otolaryngology, 741 Northfield Ave, Suite 104, West Orange, NJ 07052-1104 |
| 517811560 | + | BANKAMERICA, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 517811561 | + | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811571 | + | Business Resource and Investment Svc., 55 West 125th Street, 11th Floor, New York, NY 10027-4516 |
| 517811576 | + | Central Credit Services LLC, PO BOX 1850, Saint Charles, MO 63302-1850 |
| 517811578 | + | Chase Receivables, P.O Box 659, Caldwell, NJ 07007-0659 |
| 517811582 | + | Equinox Financial, PO Box 455, Park Ridge, IL 60068-0455 |
| 517811584 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, Dept. 194101, PO Box 55000, Detroit, MI 48255 |
| 517830371 | + | Ford Motor Credit Company, LLC, Morgan Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 517811585 | + | Frenkel, Lambert, Weiss Weisman & Gordan, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 517811586 | + | Geico Indemnity Co. a/s/o Adam Milligan, One Geico Plaza, Bethesda, MD 20810-0002 |
| 517811588 | + | Hennessy & Walker PC, 217 Washington Street, Toms River, NJ 08753-7567 |
| 517811589 | + | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 517811592 | + | LADCO LEASING, 555 ST CHARLES PLACE, THOUSAND OAKS, CA 91360-3982 |
| 517811593 | + | Medac-Summit Anesthesia Assoc., 33 Overlook Road #311, Summit, NJ 07901-3563 |
| 517811597 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, NISSAN-INFINITI LT, 2901 KINWEST PKWY, IRVING, TX 75063 |
| 517811595 | + | Nestle Waters North America Inc., #216, 6661 Dixie Hwy,, Suite #4, Louisville, KY 40258-3950 |
| 517811596 | + | Neurology Specialists Of Morris City, 101 Madison Ave, Morristown, NJ 07960-7357 |
| 517811601 | + | Overlook Hospital, ATTN: Cert Creit and Coll Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 517938290 | + | Overlook Hospital, Attn: CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517811635 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint, PO Box 88026, Chicago, IL 60680 |
| 517811605 | + | Saint Barnabas Medical Center, Billing Department, PO Box 655, Vandalia, OH 45377-0655 |
| 517811617 | + | Saint Barnabas Out Patient Center, PO Box 28269, New York, NY 10087-8269 |
| 518981001 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 517849414 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517811636 | + | Sterling Emergency Srvs Miami Beach, P.O. Box 863481, Orlando, FL 32886-3481 |
| 517811637 | #+ | Summit Anesthesia Associates, 99 Beauvoir Avenue, Summit, NJ 07901-3533 |
| 517811638 | + | Summit Medical Group, 6 Brighton Road, Clifton, NJ 07012-1647 |
| 517827003 | + | Summit Medical Group, Attn: Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 517811639 | + | Summit Medical Group, PA, PO Box 8549, Belfast, ME 04915-8549 |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: pdf901 | Total Noticed: 66 |

| | | |
|---|---|---|
| 517811642 | + | TEK-COLLECT INC, 871 PARK ST, COLUMBUS, OH 43215-1441 |
| 517811557 | + | associated credit services inc, PO Box 5171, Westborough, MA 01581-5171 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jlewis@theplglaw.com | Apr 28 2021 21:03:00 | James A Lewis, 76 South Orange Ave., Suite 213, South Orange, NJ 07079 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517811550 | | Email/Text: amscbankruptcy@adt.com | Apr 28 2021 21:06:00 | ADT Security Systems, Inc., 3190 South Vaughn Way, Suite 150, Aurora, CO 80014-3537 |
| 517811573 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 21:23:48 | CAPITAL ONE BANK USA N, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517811572 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Apr 28 2021 21:22:03 | CAPITAL ONE AUTO FINAN, 3901 DALLAS PKWY, PLANO, TX 75093-7864 |
| 517811577 | + | Email/Text: bk.notifications@jpmchase.com | Apr 28 2021 21:05:00 | CHASE AUTO, PO BOX 901003, FT WORTH, TX 76101-2003 |
| 517811580 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 21:04:00 | COMENITY BANK/VCTRSSEC, 220 W SCHROCK RD, WESTERVILLE, OH 43081-2873 |
| 517876523 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 21:23:48 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517811579 | + | Email/Text: mediamanagers@clientservices.com | Apr 28 2021 21:03:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 517811581 | + | Email/Text: bknotice@ercbpo.com | Apr 28 2021 21:05:00 | ENHANCED RECOVERY CO L, 8014 BAYBERRY RD, JACKSONVILLE, FL 32256-7412 |
| 517811583 | + | Email/Text: bknotice@ercbpo.com | Apr 28 2021 21:05:00 | ERC, P.O Box 23870, Jacksonville, FL 32241-3870 |
| 517859407 | + | Email/Text: bk.notifications@jpmchase.com | Apr 28 2021 21:05:00 | JPMorgan Chase Bank, N.A., PO Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 517931588 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 21:23:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517811594 | + | Email/Text: kmorgan@morganlaw.com | Apr 28 2021 21:06:00 | Morgan Bornstein & Morgan, 1236 Brace Rd, Suite K, Cherry Hill, NJ 08034-3229 |
| 517811598 | + | Email/Text: bankruptcy@onlineis.com | Apr 28 2021 21:06:00 | ONLINE COLLECTIONS, PO BOX 1489, WINTERVILLE, NC 28590-1489 |
| 517811602 | | Email/Text: info@phoenixfinancialsvcs.com | Apr 28 2021 21:03:00 | PHOENIX FINANCIAL SERV, 8902 OTIS AVE STE 103A, INDIANAPOLIS, IN 46216 |
| 517811603 | | Email/Text: info@phoenixfinancialsvcs.com | Apr 28 2021 21:03:00 | Phoenix Financial Services LLc, 8902 Otis Ave,, Suite 103, Indianapolis, IN 46219 |
| 517881244 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2021 21:05:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series A, PO Box 788, Kirkland, WA 98083-0788 |
| 517811604 | + | Email/Text: bankruptcy@savit.com | Apr 28 2021 21:06:00 | SA-VIT COLLECTION AGEN, 46 W FERRIS ST, EAST BRUNSWICK, NJ 08816-2159 |
| 517811618 | + | Email/Text: bankruptcy@senexco.com | Apr 28 2021 21:03:00 | SENEX SERVICES CORP, 3333 FOUNDERS |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | ROAD, INDIANAPOLIS, IN 46268-4932 |
| 517811620 | + | Email/Text: clientservices@simonsagency.com | Apr 28 2021 21:06:00 | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811606 | + | Email/Text: ebn@rwjbh.org | Apr 28 2021 21:05:00 | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811619 | + | Email/Text: clientservices@simonsagency.com | Apr 28 2021 21:06:00 | Simon's Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517811643 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2021 21:03:00 | VERIZON, 500 TECHNOLOGY DR STE 30, WELDON SPRING, MO 63304-2225 |
| 517811645 | + | Email/Text: collect@williamsalexander.com | Apr 28 2021 21:04:00 | WILLIAMS/ALEXANDER & A, 1479 ROUTE 23 SOUTH, WAYNE, NJ 07470-7507 |
| 517811644 | + | Email/Text: collect@williamsalexander.com | Apr 28 2021 21:04:00 | Williams, Alexander & Associates, PO Box 2148, Wayne, NJ 07474-2148 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517811553 | *+ | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 517811554 | *+ | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 517811555 | *+ | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 517811559 | *+ | Associates In Otolaryngology, 741 Northfield Ave, Suite 104, West Orange, NJ 07052-1104 |
| 517811562 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811563 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811564 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811565 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811566 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811567 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811568 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811569 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811570 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517937772 | *+ | Business Resource and Investment Svc., 55 West 125th Street, 11th Floor, New York, NY 10027-4516 |
| 517811574 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE BANK USA N, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517811575 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE BANK USA N, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517811590 | *+ | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 517811591 | *+ | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 517811599 | *+ | ONLINE COLLECTIONS, PO BOX 1489, WINTERVILLE, NC 28590-1489 |
| 517811600 | *+ | ONLINE COLLECTIONS, PO BOX 1489, WINTERVILLE, NC 28590-1489 |
| 517811621 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811622 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811623 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811624 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811625 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811626 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811627 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811628 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811629 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811630 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811631 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811632 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811633 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811634 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811610 | *+ | Saint Barnabas Medical Center, Billing Department, PO Box 655, Vandalia, OH 45377-0655 |
| 517811607 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811608 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |

| | | |
|---|---|---|
| 517811609 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811611 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811612 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811613 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811614 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811615 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811616 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 518627721 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517811640 | *+ | Summit Medical Group, PA, PO Box 8549, Belfast, ME 04915-8549 |
| 517811587 | ##+ | Goldberg Segalla LLP, 902 Carnegie Center Suite 100, Princeton, NJ 08540-6530 |
| 517811641 | ##+ | Tate & Kirlin Associates, 2810 Southampton Road, Philadelphia, PA 19154-1207 |

TOTAL: 0 Undeliverable, 46 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK N.A. alex@winstonandwinston.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James Lewis | on behalf of Creditor Business Resource & Investment Service Center jlewis@chasanlaw.com hchaudry@theplglaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Russell L. Low | on behalf of Debtor Collin A Abraham ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Kelly A Abraham ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10