Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 18−30417−RG
                    Chapter: 13
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Collin A Abraham                                                 Kelly A Abraham
   23 Connel Drive                                                   23 Connel Drive
   West Orange, NJ 07052                            West Orange, NJ 07052

Social Security No.:
   xxx−xx−3304                                                        xxx−xx−6330

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 3, 2021.


Dated: June 4, 2021
JAN: rah

                                                                                    Jeanne Naughton
                                                                                    Clerk

In re:  Case No. 18-30417-RG
Collin A Abraham  Chapter 13
Kelly A Abraham
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Jun 04, 2021     Form ID: plncf13     Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol     Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Collin A Abraham, Kelly A Abraham, 23 Connel Drive, West Orange, NJ 07052-1335 |
| cr | + | JPMORGAN CHASE BANK, N.A., c/o Winston & Winston, P.C., 708Third Avenue, 5th Floor, Suite 142, New York, NY 10017, UNITED STATES 10017-4201 |
| cr | | Specialized Loan Servicing LLC, c/o Bonial & Associates, P.C., 14841, Dallas, TX 75254 |
| 517811552 | + | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 517871576 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517811551 | | Ameriprise, Auto & Home Insurance, 3500 Packerland Drive, De Pere, WI 54115-9070 |
| 517811556 | + | Apex Asset Management LLc, P.O Box 5407, Lancaster, PA 17606-5407 |
| 517811558 | + | Associates In Otolaryngology, 741 Northfield Ave, Suite 104, West Orange, NJ 07052-1104 |
| 517811560 | + | BANKAMERICA, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 517811561 | + | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811571 | + | Business Resource and Investment Svc., 55 West 125th Street, 11th Floor, New York, NY 10027-4516 |
| 517811576 | + | Central Credit Services LLC, PO BOX 1850, Saint Charles, MO 63302-1850 |
| 517811578 | + | Chase Receivables, P.O Box 659, Caldwell, NJ 07007-0659 |
| 517811582 | + | Equinox Financial, PO Box 455, Park Ridge, IL 60068-0455 |
| 517811584 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, Dept. 194101, PO Box 55000, Detroit, MI 48255 |
| 517830371 | + | Ford Motor Credit Company, LLC, Morgan Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 517811585 | + | Frenkel, Lambert, Weiss Weisman & Gordan, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 517811586 | + | Geico Indemnity Co. a/s/o Adam Milligan, One Geico Plaza, Bethesda, MD 20810-0002 |
| 517811588 | + | Hennessy & Walker PC, 217 Washington Street, Toms River, NJ 08753-7567 |
| 517811589 | + | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 517811592 | + | LADCO LEASING, 555 ST CHARLES PLACE, THOUSAND OAKS, CA 91360-3982 |
| 517811593 | + | Medac-Summit Anesthesia Assoc., 33 Overlook Road #311, Summit, NJ 07901-3563 |
| 517811597 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, NISSAN-INFINITI LT, 2901 KINWEST PKWY, IRVING, TX 75063 |
| 517811595 | + | Nestle Waters North America Inc., #216, 6661 Dixie Hwy,, Suite #4, Louisville, KY 40258-3950 |
| 517811596 | + | Neurology Specialists Of Morris City, 101 Madison Ave, Morristown, NJ 07960-7357 |
| 517811601 | + | Overlook Hospital, ATTN: Cert Creit and Coll Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 517938290 | + | Overlook Hospital, Attn: CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517811635 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint, PO Box 88026, Chicago, IL 60680 |
| 517811605 | + | Saint Barnabas Medical Center, Billing Department, PO Box 655, Vandalia, OH 45377-0655 |
| 517811617 | + | Saint Barnabas Out Patient Center, PO Box 28269, New York, NY 10087-8269 |
| 518981001 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 517849414 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517811636 | + | Sterling Emergency Srvs Miami Beach, P.O. Box 863481, Orlando, FL 32886-3481 |
| 517811637 | #+ | Summit Anesthesia Associates, 99 Beauvoir Avenue, Summit, NJ 07901-3533 |
| 517827003 | + | Summit Medical Group, Attn: Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 517811638 | + | Summit Medical Group, 6 Brighton Road, Clifton, NJ 07012-1647 |
| 517811639 | + | Summit Medical Group, PA, PO Box 8549, Belfast, ME 04915-8549 |

| | | |
|---|---|---|
| 517811642 | + | TEK-COLLECT INC, 871 PARK ST, COLUMBUS, OH 43215-1441 |
| 517811557 | + | associated credit services inc, PO Box 5171, Westborough, MA 01581-5171 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jlewis@theplglaw.com | Jun 04 2021 21:13:00 | James A Lewis, 76 South Orange Ave., Suite 213, South Orange, NJ 07079 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517811550 | Email/Text: amscbankruptcy@adt.com | Jun 04 2021 21:17:00 | ADT Security Systems, Inc., 3190 South Vaughn Way, Suite 150, Aurora, CO 80014-3537 |
| 517811573 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 04 2021 21:11:54 | CAPITAL ONE BANK USA N, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517811572 | + Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jun 04 2021 21:11:11 | CAPITAL ONE AUTO FINAN, 3901 DALLAS PKWY, PLANO, TX 75093-7864 |
| 517811577 | + Email/Text: bk.notifications@jpmchase.com | Jun 04 2021 21:15:00 | CHASE AUTO, PO BOX 901003, FT WORTH, TX 76101-2003 |
| 517811580 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2021 21:15:00 | COMENITY BANK/VCTRSSEC, 220 W SCHROCK RD, WESTERVILLE, OH 43081-2873 |
| 517876523 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 04 2021 21:10:49 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517811579 | + Email/Text: mediamanagers@clientservices.com | Jun 04 2021 21:13:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 517811581 | + Email/Text: bknotice@ercbpo.com | Jun 04 2021 21:16:00 | ENHANCED RECOVERY CO L, 8014 BAYBERRY RD, JACKSONVILLE, FL 32256-7412 |
| 517811583 | + Email/Text: bknotice@ercbpo.com | Jun 04 2021 21:16:00 | ERC, P.O Box 23870, Jacksonville, FL 32241-3870 |
| 517859407 | + Email/Text: bk.notifications@jpmchase.com | Jun 04 2021 21:15:00 | JPMorgan Chase Bank, N.A., PO Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 517931588 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2021 21:11:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517811594 | + Email/Text: kmorgan@morganlaw.com | Jun 04 2021 21:17:00 | Morgan Bornstein & Morgan, 1236 Brace Rd, Suite K, Cherry Hill, NJ 08034-3229 |
| 517811598 | + Email/Text: bankruptcy@onlineis.com | Jun 04 2021 21:16:00 | ONLINE COLLECTIONS, PO BOX 1489, WINTERVILLE, NC 28590-1489 |
| 517811602 | Email/Text: info@phoenixfinancialsvcs.com | Jun 04 2021 21:13:00 | PHOENIX FINANCIAL SERV, 8902 OTIS AVE STE 103A, INDIANAPOLIS, IN 46216 |
| 517811603 | Email/Text: info@phoenixfinancialsvcs.com | Jun 04 2021 21:13:00 | Phoenix Financial Services LLc, 8902 Otis Ave,, Suite 103, Indianapolis, IN 46219 |
| 517881244 | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2021 21:15:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series A, PO Box 788, Kirkland, WA 98083-0788 |
| 517811604 | + Email/Text: bankruptcy@savit.com | Jun 04 2021 21:17:00 | SA-VIT COLLECTION AGEN, 46 W FERRIS ST, EAST BRUNSWICK, NJ 08816-2159 |
| 517811618 | + Email/Text: bankruptcy@senexco.com | Jun 04 2021 21:13:00 | SENEX SERVICES CORP, 3333 FOUNDERS |

| | | | | |
|---|---|---|---|---|
| | | | | ROAD, INDIANAPOLIS, IN 46268-4932 |
| 517811620 | + | Email/Text: clientservices@simonsagency.com | Jun 04 2021 21:17:00 | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811606 | + | Email/Text: ebn@rwjbh.org | Jun 04 2021 21:16:00 | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811619 | + | Email/Text: clientservices@simonsagency.com | Jun 04 2021 21:17:00 | Simon's Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517811643 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 04 2021 21:13:00 | VERIZON, 500 TECHNOLOGY DR STE 30, WELDON SPRING, MO 63304-2225 |
| 517811645 | + | Email/Text: collect@williamsalexander.com | Jun 04 2021 21:15:00 | WILLIAMS/ALEXANDER & A, 1479 ROUTE 23 SOUTH, WAYNE, NJ 07470-7507 |
| 517811644 | + | Email/Text: collect@williamsalexander.com | Jun 04 2021 21:15:00 | Williams, Alexander & Associates, PO Box 2148, Wayne, NJ 07474-2148 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517811553 | *+ | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 517811554 | *+ | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 517811555 | *+ | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 517811559 | *+ | Associates In Otolaryngology, 741 Northfield Ave, Suite 104, West Orange, NJ 07052-1104 |
| 517811562 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811563 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811564 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811565 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811566 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811567 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811568 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811569 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517811570 | *+ | BCA FInancial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517937772 | *+ | Business Resource and Investment Svc., 55 West 125th Street, 11th Floor, New York, NY 10027-4516 |
| 517811574 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE BANK USA N, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517811575 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE BANK USA N, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517811590 | *+ | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 517811591 | *+ | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 517811599 | *+ | ONLINE COLLECTIONS, PO BOX 1489, WINTERVILLE, NC 28590-1489 |
| 517811600 | *+ | ONLINE COLLECTIONS, PO BOX 1489, WINTERVILLE, NC 28590-1489 |
| 517811621 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811622 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811623 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811624 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811625 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811626 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811627 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811628 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811629 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811630 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811631 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811632 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811633 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811634 | *+ | SIMONS AGENCY INC, 4963 WINTERSWEET DR, LIVERPOOL, NY 13088-2176 |
| 517811610 | *+ | Saint Barnabas Medical Center, Billing Department, PO Box 655, Vandalia, OH 45377-0655 |
| 517811607 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811608 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |

| | | |
|---|---|---|
| 517811609 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811611 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811612 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811613 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811614 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811615 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 517811616 | *+ | Saint Barnabas Medical Center, P.O Box 29960, New York, NY 10087-9960 |
| 518627721 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517811640 | *+ | Summit Medical Group, PA, PO Box 8549, Belfast, ME 04915-8549 |
| 517811587 | ##+ | Goldberg Segalla LLP, 902 Carnegie Center Suite 100, Princeton, NJ 08540-6530 |
| 517811641 | ##+ | Tate & Kirlin Associates, 2810 Southampton Road, Philadelphia, PA 19154-1207 |

TOTAL: 0 Undeliverable, 46 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK N.A. alex@winstonandwinston.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James Lewis | on behalf of Creditor Business Resource & Investment Service Center jlewis@chasanlaw.com hchaudry@theplglaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Russell L. Low | on behalf of Debtor Collin A Abraham ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Kelly A Abraham ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10