Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30417−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Collin A Abraham
23 Connel Drive
West Orange, NJ 07052

Kelly A Abraham
23 Connel Drive
West Orange, NJ 07052

Social Security No.:
xxx−xx−3304

xxx−xx−6330

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/4/21 at 10:00 AM

to consider and act upon the following:

*119* – Certification in Opposition to (related document:118 Creditor's Certification of Default (related document:78 Motion for Relief from Stay re: 23 Connel Drive, West Orange, NJ 07052. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing LLC) filed by Robert P. Saltzman on behalf of Specialized Loan Servicing LLC. Objection deadline is 06/29/2021. (Attachments: # 1 Exhibit Payment History # 2 Exhibit Agreed Order # 3 Proposed Order # 4 Certificate of Service) ( Saltzman, Robert) filed by Creditor Specialized Loan Servicing LLC) filed by Russell L. Low on behalf of Collin A Abraham, Kelly A Abraham. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 6/29/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court