UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 097482B

In Re:

Collin A Abraham
Kelly A Abraham

**Order Filed on August 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-30417-RG

Hearing Date: August 4, 2021

Judge: Rosemary Gambardella

Chapter 13

|  Recommended Local Form        ☒ Followed        __ Modified  |
|---|

# ORDER RESOLVING CERTIFICATION OF DEFAULT
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: August 17, 2021**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Specialized Loan Servicing LLC |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Russell L. Low, Esquire |
| Property Involved ("Collateral"): | 23 Connel Drive, West Orange, NJ 07052 |
| Relief Sought: | ☒ Certification of Default |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for two months, from July 1, 2021 to August 1, 2021.
   - ☒ The Debtor is overdue for two payments at $4,059.72 per month.
   
   Total Arrearages Due $8,119.44.

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Immediate payment shall be made in the amount of $8,119.44. Payment shall be made no later than August 31, 2021.
   - ☒ Beginning on September 1, 2021, regular monthly mortgage payments shall continue to be made in the amount of $4,059.72.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Regular monthly payment:
     
     Specialized Loan Servicing, LLC
     6200 S. Quebec St.
     Greenwood Village, Colorado 80111

4. In the event of Default:
   - ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification

specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

   ☒ The Applicant is awarded attorneys fees of $200.

   The fees and costs are payable:

   ☒ through the Chapter 13 Plan.