| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Aleisha C. Jennings, Esq.<br>240 Cedar Knolls Road<br>Suite 400<br>Cedar Knolls, NJ 07927<br>Phone: 973-314-8910<br>Email: ajennings@hillwallack.com<br>*Attorneys for Newrez LLC d/b/a Shellpoint Mortgage Servicing* | |
| In Re:<br><br>Collin A Abraham<br><br>Kelly A Abraham<br><br>Debtor(s). | Case No.: 18-30417-RG<br><br>Chapter: 13<br><br>Judge: Rosemary Gambardella |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Newrez LLC d/b/a Shellpoint Mortgage Servicing. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Hill Wallack LLP
240 Cedar Knolls Road Suite 400
Cedar Knolls, NJ 07927

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

By:*/s/* Aleisha C. Jennings
Dated: August 1, 2024

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Aleisha C. Jennings, Esq.<br>240 Cedar Knolls Road<br>Suite 400<br>Cedar Knolls, NJ 07927<br>Phone: 973-314-8910<br>Email: ajennings@hillwallack.com<br>*Attorneys for Newrez LLC d/b/a Shellpoint Mortgage Servicing* | |
| In Re:<br><br>Collin A Abraham<br><br>Kelly A Abraham<br><br>Debtor(s). | Case No.: 18-30417-RG<br><br>Chapter: 13<br><br>Judge: Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1. I, Justin Padilla:

   ☐ represent _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

1. On August 1, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

*/s/ Justin Padilla*
Justin Padilla

Dated: August 1, 2024

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Collin A Abraham<br>23 Connel Drive<br>West Orange, NJ 07052 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Kelly A Abraham<br>23 Connel Drive<br>West Orange, NJ 07052 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Russell L. Low<br>505 Main St. Suite 304<br>Suite 304<br>Hackensack, NJ 07601 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Road Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.