| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | <br>Order Filed on May 7, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    COLLIN A ABRAHAM<br>    KELLY A ABRAHAM | Case No.:  18-30417<br><br>Judge:  ROSEMARY GAMBARDELLA |

### ORDER ON CH13 TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: May 7, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s): COLLIN A ABRAHAM
KELLY A ABRAHAM

Case No.: 18-30417RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of JPMORGAN CHASE BANK NA, Court Claim Number , be reduced to amount paid to date through the plan by the Standing Trustee, for the reasons set forth in the motion.