UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Marie-Ann Greenberg MAG-1284**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

Order Filed on May 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    COLLIN A ABRAHAM
    KELLY A ABRAHAM

Case No.:  18-30417

Judge:  ROSEMARY GAMBARDELLA

**ORDER ON CH13 TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: May 7, 2025

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s):  COLLIN A ABRAHAM
KELLY A ABRAHAM

Case No.:  18-30417RG

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

    ORDERED, that the claim of JPMORGAN CHASE BANK NA, Court Claim Number , be reduced to amount paid to date through the plan by the Standing Trustee, for the reasons set forth in the motion.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-30417-MEH |
| Collin A Abraham | Chapter 13 |
| Kelly A Abraham | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2025 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Collin A Abraham, 23 Connel Drive, West Orange, NJ 07052-1335 |
| jdb | #+ | Kelly A Abraham, 23 Connel Drive, West Orange, NJ 07052-1335 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 10, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK  N.A. APowietrzynski@nymcu.org |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING eholdren@hillwallack.com hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 08, 2025 | Form ID: pdf903 | Total Noticed: 2 |

James Lewis
    on behalf of Creditor Business Resource & Investment Service Center jlewis@chasanlaw.com hchaudry@theplglaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Robert P. Saltzman
    on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Robert P. Saltzman
    on behalf of Creditor Specialized Loan Servicing  LLC dnj@pbslaw.org

Russell L. Low
    on behalf of Joint Debtor Kelly A Abraham ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Russell L. Low
    on behalf of Debtor Collin A Abraham ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Sherri R. Dicks
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING sdicks@raslg.com shrdlaw@hotmail.com

Sindi Mncina
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13