Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30417−TBA
Chapter: 13
Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Collin A Abraham | Kelly A Abraham |
| 23 Connel Drive | 23 Connel Drive |
| West Orange, NJ 07052 | West Orange, NJ 07052 |

Social Security No.:
  xxx−xx−3304                                        xxx−xx−6330

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/17/25 at 10:00 AM

to consider and act upon the following:

*147* − Creditor's Certification of Default filed by Elizabeth K. Holdren on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING. Objection deadline is 08/22/2025. (Attachments: # 1 Certification of Post Petition History # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit A) (Holdren, Elizabeth)

*148* − Certification in Opposition to (related document:147 Creditor's Certification of Default filed by Elizabeth K. Holdren on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING. Objection deadline is 08/22/2025. (Attachments: # 1 Certification of Post Petition History # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit A) filed by Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING) filed by Russell L. Low on behalf of Collin A Abraham, Kelly A Abraham. (Low, Russell)

Dated: 8/25/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court