Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30417−TBA
Chapter: 13
Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Collin A Abraham
23 Connel Drive
West Orange, NJ 07052

Kelly A Abraham
23 Connel Drive
West Orange, NJ 07052

Social Security No.:
xxx−xx−3304

xxx−xx−6330

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/17/25 at 10:00 AM

to consider and act upon the following:

*147* − Creditor's Certification of Default filed by Elizabeth K. Holdren on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING. Objection deadline is 08/22/2025. (Attachments: # 1 Certification of Post Petition History # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit A) (Holdren, Elizabeth)

*148* − Certification in Opposition to (related document:147 Creditor's Certification of Default filed by Elizabeth K. Holdren on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING. Objection deadline is 08/22/2025. (Attachments: # 1 Certification of Post Petition History # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit A) filed by Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING) filed by Russell L. Low on behalf of Collin A Abraham, Kelly A Abraham. (Low, Russell)

Dated: 8/25/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Collin A Abraham  
Kelly A Abraham  
    Debtors

Case No. 18-30417-TBA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 25, 2025      Form ID: ntchrgbk      Total Noticed: 6

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Collin A Abraham, 23 Connel Drive, West Orange, NJ 07052-1335 |
| jdb | #+ | Kelly A Abraham, 23 Connel Drive, West Orange, NJ 07052-1335 |
| aty | + | James A Lewis, 76 South Orange Ave., Suite 213, South Orange, NJ 07079-1923 |
| cr | + | JPMORGAN CHASE BANK, N.A., c/o Winston & Winston, P.C., 708Third Avenue, 5th Floor, Suite 142, New York, NY 10017, UNITED STATES 10017-4201 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, Hill Wallack LLP, 240 Cedar Knolls Road, Suite 400, Cedar Knolls, NJ 07927 UNITED STATES 07927-1621 |
| cr | | Specialized Loan Servicing LLC, c/o Bonial & Associates, P.C., 14841, Dallas, TX 75254 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK  N.A. APowietrzynski@nymcu.org |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | |
| | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING eholdren@hillwallack.com hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| James Lewis | |
| | on behalf of Creditor Business Resource & Investment Service Center jlewis@chasanlaw.com  hchaudry@theplglaw.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Robert P. Saltzman | |
| | on behalf of Creditor Specialized Loan Servicing  LLC dnj@pbslaw.org |
| Robert P. Saltzman | |
| | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Russell L. Low | |
| | on behalf of Debtor Collin A Abraham ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | |
| | on behalf of Joint Debtor Kelly A Abraham ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Sherri R. Dicks | |
| | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING sdicks@raslg.com shrdlaw@hotmail.com |
| Sindi Mncina | |
| | on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13