# <u>LOW & LOW</u> ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304                          Tel: (201) 343-4040
Hackensack, New Jersey 07601                        Fax: (201)-488-5788

**STANLEY W. LOW**                                  **RUSSELL L. LOW**
                                                    russell@lowbankruptcy.com

September 16, 2025

Honorable TBA
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3E

**Re: Case No. 18-30417-TBA, Collin A Abraham and Kelly A Abraham**

Dear Honorable TBA,

    This letter shall serve as a request for Withdrawal of Doc. 148, Certification in Opposition to Creditor's Certification of Default.

    Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**