UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. - 4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

In Re:

Collin A Abraham and Kelly A Abraham

Case No.:     18-30417

Chapter:     13

Hearing Date:   09/17/25 at 10AM

Judge:     TBA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Opposition to Creditor's Certification of Default (Doc. 148)

_____

Date: 09/16/2025

/s/ Russell L. Low
Signature

*rev.8/1/15*