Order Filed on September 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543-5226
Telephone: (609) 734-6345
Email: eholdren@hillwallack.com
*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

In Re:

Collin A Abraham and Kelly A Abraham

Debtor(s)

Chapter: 13

Case No.: 18-30417

Judge: TBA

Recommended Local Form    ☐ Followed ☒ Modified

# ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages is hereby **ORDERED**

**DATED: September 17, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

4932-8161-2360, v. 1

Debtor(s): Collin A Abraham and Kelly A Abraham
Case No.: 18-30417-RG
Caption of Order: **Order Granting Motion for Relief from Stay**

Upon the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is,

**ORDERED** that the motion is granted and the stay, is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real property more fully described as: 23 Connel Drive, West Orange, NJ 07052, also known as Lot 14 in Block 168.10 on the Town of West Orange Tax Map, County of Essex, State of New Jersey.

**It is further ORDERED** that the Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

**It is further ORDERED** that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4932-8161-2360, v. 1

**It is further ORDERED** that the Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

**It is further ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

4932-8161-2360, v. 1