UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Collin A Abraham and Kelly A Abraham

Case No.:            18-30417 (MEH)

Adversary No.:

Chapter:             13

Judge:               Hon. Mark E. Hall

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:       ADT LLC
(Example: John Smith, creditor)

Old address:     3190 South Vaughn Way

Aurora, CO 80014

New address:     452 Sable Boulevard, Unit G

Aurora, CO 80011

New phone no.:    (888) 303-1349
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   1/13/2026                          /s/ Dave Edwards

Signature
Dave Edwards
Manager - Team Financial Services Group          *rev.8/1/2021*

**spilman**
thomas & battle

Spilman Thomas & Battle, PLLC
301 Grant Street, Suite 3440
Pittsburgh, PA 15219

PITTSBURGH PA 150

14 JAN 2026 PM 1

quadient
IMI
FIRST-CLASS MAIL
$000.74 °
01/13/2026 ZIP 15219
043M31220478

US POSTAGE

R'CD BANKRUPTCY-NJ
2026 MAR 26  AM 10:30:29

XFMFD

United States Bankruptcy Court
District of New Jersey
Attn: Filing Clerk
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

07102-335099