**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**IN RE:**

**COLLIN A ABRAHAM**
**KELLY A ABRAHAM,**                                    **Case No.:  18-30417 MEH**

                                    **Debtors**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

    Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $1.44, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information .

Payee Name & Address:    BUSINESS RESOURCE AND INVESTMENT SVC.
                         55 WEST 125TH STREET, 11TH FLOOR
                         NEW YORK, NY  10027

Amount:                  $1.44

Trustee Claim Number:    8

Court Claim Number:      16

Reason:                   Not Cashing

                                    By:    /S/  Marie-Ann Greenberg

Dated:  April 13, 2026                     MARIE-ANN GREENBERG
                                           CHAPTER 13 STANDING TRUSTEE